IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

MISC. NO. 1:24-MC-00011-MR-WCM

| | | |
|---|---|---|
| **IN THE MATTER OF THE SEIZURE OF:** | ) | **ORDER EXTENDING** |
| | ) | **NOTICE PERIOD** |
| $6,014.00 in United States Currency | ) | **(UNDER SEAL)** |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the United States's "*Ex Parte* Application For Order Extending Notice Period" (Doc. 1), pursuant to 18 U.S.C. § 983(a)(1)(C)-(D), requesting that this Court extend, for a period not to exceed 60 days, the period for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to send written notice to interested parties of its intent to forfeit under federal law in an administrative forfeiture proceeding against the sum of $6,014.00 in United States Currency ("the property") removed, pursuant to execution of a search warrant on March 1, 2024, at 104 Gray Fox Road, in Franklin, North Carolina.

In support of its Application, the United States has submitted a Certification of a supervisory official of the headquarters office of the federal seizing agency, demonstrating that one or more of the conditions in 18 U.S.C. § 983(a)(1)(D) are now present in this case.

**IT IS, THEREFORE, ORDERED** that the period for ATF to send written notice to interested parties of its intent to forfeit the Property under federal law is further extended by a period not to exceed 60 days, to **September 27, 2024**.

**IT IS FURTHER ORDERED** that the Clerk is directed to maintain under seal the United States's *Ex Parte* Application, including the Certification submitted therewith, and this Order, until further order of the Court.

Signed: June 24, 2024

W. Carleton Metcalf
United States Magistrate Judge